**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Joshua Kain SMITH, Defendant–
Appellant.**

**No. 15–1995.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 15, 2015.

Filed: Jan. 4, 2016.

Ronna A. Holloman–Hughes, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

Teresa A. Moore, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Joshua Smith appeals from the sentence imposed by the District Court[1] after he pleaded guilty to sex trafficking of an adult and attempted sex trafficking of an adult. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the court erred in imposing restitution of $23,406. Because Smith did not object to the amount of restitution at sentencing, we review only for plain error. *See United States v. Louper–Morris*, 672 F.3d 539, 566 (8th Cir.2012) (standard of review). We find no such error. *See* 18 U.S.C. § 3663A (requiring the court to order that restitution be made to an identifiable victim if the defendant is convicted of, inter alia, a crime of violence). We have reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no non-frivolous issues for appeal.

Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.